IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ENOCH WILDER, Inmate #B-05398

**Plaintiff,**

vs.

RICK SUTTON, *et al.*,

**Defendants.**                                                No. 04-CV-874-DRH

### ORDER

**Herndon, District Judge:**

This matter comes before the Court on a motion filed by the United States Marshals Service. (Doc. 12.)  The Court **GRANTS** the motion (Doc. 12) and pursuant to the motion **DIRECTS** the Illinois Department of Corrections to provide the Marshal with the last-known address of Defendant Mark Pierson.  The Court orders that this information shall be used only for purposes of effectuating service, or for proof of service, should a dispute arise, and any documentation of the address shall be retained only by the Marshal.  Address information obtained from the Illinois Department of Corrections shall not be maintained in the court file, nor disclosed by the Marshal.

**IT IS SO ORDERED.**

Signed this 13th day of October, 2006.

/s/     David   RHerndon
**United States District Judge**