IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ENOCH WILDER,**

**Plaintiff,**

**v.**

**RICK SUTTON, JULIUS FLAGG,
MARK PIERSON, JOHN EVANS,
MELODY FORD, and WATTS,**

**Defendants.**                                             No. 04-cv-874-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court are Defendants Evans, Flagg, Ford and Sutton's motion for enlargement of time (Doc. 37) and Defendant Watt's motion for enlargement of time (Doc. 38). Defendants move the Court for additional time to file dispositive motions. Said motions are **GRANTED**. The Court **ALLOWS** Evans, Flagg, Ford and Sutton up to and including June 7, 2007 to file dispositive motions and Watts up to and including July 2, 2007 to file his dispositive motion.

**IT IS SO ORDERED.**

Signed this 1st day of June, 2007.

/s/      David   RHerndon
**United States District Judge**