IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ENOCH WILDER**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **04-874-DRH** |
| | ) | |
| **RICK SUTTON, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendants Evans, Flagg, Ford, Pierce and Sutton's motion to strike plaintiff's reply to their reply to plaintiff's response to their motion for summary judgment. **(Doc. 48).** Defendants note that Local Rule 7.1(c) strictly forbids sur-replies.

A review of the record confirms that plaintiff has filed a sur- reply, which the Court characterizes as merely additional argument on the merits of the motion for summary judgment. **(Doc. 46).**

**IT IS THEREFORE ORDERED** that, in accordance with Local Rule 7.1(c), the subject motion to strike **(Doc. 48)** is **GRANTED**. The Clerk of Court shall **STRIKE** plaintiff's sur-reply **(Doc. 47)**.

**IT IS SO ORDERED.**

DATED:  January 23, 2008

                                                                 **s/ Clifford J. Proud**
                                                                  **CLIFFORD J. PROUD**
                                                                  **U. S. MAGISTRATE JUDGE**