IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ENOCH WILDER**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil No. **04-874-DRH** |
| | ) |
| **RICK SUTTON, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendants Evans, Flagg, Ford, Pierce, Sutton and Watts' motion to strike plaintiff's reply to their reply to plaintiff's response to their motion for summary judgment. **(Doc. 87).** Defendants note that Local Rule 7.1(c) strictly forbids sur-replies.

A review of the record confirms that plaintiff has filed a sur- reply, which the Court characterizes as merely additional argument on the merits of the motion for summary judgment. **(Doc. 86).**

**IT IS THEREFORE ORDERED** that, in accordance with Local Rule 7.1(c), the subject motion to strike **(Doc. 87)** is **GRANTED**. The Clerk of Court shall **STRIKE** plaintiff's sur-reply **(Doc. 86)**.

**IT IS SO ORDERED.**

**DATED: August 6, 2010**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**