IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ENOCH WILDER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. 04-cv-00874-DGW |
| | ) |
| RICK SUTTON, et al., | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

The Court having been advised by counsel for the parties that the above action has been settled but that additional time is needed to consummate the settlement, the Clerk of the Court is **DIRECTED** to enter judgment dismissing this action with prejudice and without costs 30 days from the date of this Order. Should the parties fail to consummate settlement within 30 days, they may petition the Court to delay entry of judgment.

In light of the parties' settlement, the Court **VACATES** all court dates.

**IT IS SO ORDERED.**

DATED: September 19, 2011

_____
**DONALD G. WILKERSON**
**United States Magistrate Judge**